NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOSE A. CADIENTE,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2011-3146

---

Petition for review of the Merit Systems Protection Board in case no. SF0831100627-I-1.

---

## ON MOTION

---

## ORDER

Jose A. Cadiente moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__JUN 2 2 2011__                     /s/ Jan Horbaly
Date                          Jan Horbaly
                              Clerk

cc: Jose A. Cadiente
    Sarah M. Bienkowski, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUN 2 2 2011**

**JAN HORBALY**
**CLERK**